UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN BELL,<br><br>        Plaintiff,<br><br>v.<br><br>VELOCITY INVESTMENTS, LLC,<br><br>        Defendant. | Case No. 20-cv-30 |

## STIPULATION OF DISMISSAL

The parties, by and through their respective counsel, hereby stipulate that all of the claims raised by the Plaintiff in the above-captioned matter shall be dismissed with prejudice, with each party to bear its own costs.

Dated: July 19, 2020

*/s/ Kevin Abramowicz*
Kevin Abramowicz
East End Trial Group LLC
186 42nd St, PO Box 40127
Pittsburgh, PA 15201
(412) 223-5740
kabramowicz@eastendtrialgroup.com

*Attorney for Plaintiff*

*/s/ Thomas Pié, Jr.*
Thomas Pié, Jr.
Marks, O'Neill, O'Brien, Doherty
& Kelly, P.C.
707 Grant Street
Pittsburgh, PA 15219
(412) 391-6171
tpie@moodklaw.com

*Attorney for Defendant*

It is so ordered.

_____
United States District Judge